**Order entered July 28, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00525-CV

**DONALD DAVIS, Appellant**

**V.**

**ATTORNEY GENERAL, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-01417-T**

## ORDER

We **GRANT** appellant's motion to supplement the clerk's record and **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than August 17, 2015, a supplemental clerk's record containing the items listed in the attached motion and, if any items cannot be located, written verification of such. We also **GRANT** appellant's second motion for extension of time to file brief and motion for "suspension of appellate rules requiring multiple copies of motions, briefs, etc." We **ORDER** appellant to file his brief no later than September 16, 2015 and **DIRECT** the Clerk of the Court to accept the original of any document filed by appellant even if not accompanied by the required unbound copy. *See* TEX. R. APP. P. 2.

/s/ CRAIG STODDART
JUSTICE